Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT**
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

A.   Full Name of Plaintiff: **NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Tedriz K. Jones

FILED
FEB 26 2024
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

-vs-

B.   Full Name(s) of Defendant(s) **NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. 23 Harris Corporation
2. City of Rochester
3. ___
4. ___
5. ___
6. ___

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.

A.   Basis of Jurisdiction in Federal Court: Defendants Reside in County

State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.

B.   Reason for Venue in the Western District: Defendants Reside in the western District of NY

Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.

C.   Nature of Suit: Monopolization, Anti-trust, Conspiracy against Rights, Civil Rights Act(s) Violation, Employment Retaliation, Entrapment.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION**  NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Tedriz K. Jones

Present Address: 111 East Ave Apt 923

Name of Second Plaintiff: _____

Present Address: _____

**DEFENDANT'S INFORMATION**  NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: L3 Harris Corporation

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

Name of Second Defendant: City of Rochester

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

Name of Third Defendant: _____

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.   Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
    Yes [ ]    No [X]

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.   Name(s) of the parties to this other lawsuit:
     Plaintiff(s): _____

Defendant(s):_____

_____

2. Court (if federal court, name the district; if state court, name the county):_____

_____

3. Docket or Index Number:_____

4. Name of Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

   Is it still pending? Yes ☐ No ☐

   If not, give the approximate date it was resolved._____

   Disposition (check those statements which apply):

   ☐ <u>Dismissed</u> (check the statement which indicates why it was dismissed):

   ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

   ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

   ☐ By court due to your voluntary withdrawal of claim;

   ☐ <u>Judgment</u> upon motion or after trial entered for

   ☐ plaintiff
   ☐ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A. FIRST CLAIM:** On (*date of the incident*) _2019 - Present_,
defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) _Employment Retaliation due to my filing a NYS Division of Human Rights Complaint._

3

did the following to me (briefly state what each defendant named above did): The Retaliation consist of the use of military grade Directed Energy Weapons and other clandestine operations to stalk, Torture and Harass me & family and friends.

The federal basis for this claim is: defendant is federally contracted

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:* Grant an Injunctive Relief and a cease & desist order to the Defendants & any other parties Involved.

**B. SECOND CLAIM:** On (date of the incident) 2015 - Present, defendant (give the name and (if relevant) position held of each defendant involved in this incident) Cyber Stalking and Network Sabatoge and Intrusion.

did the following to me (briefly state what each defendant named above did): L3 Harris has Employed military Resources at their Disposal to Cyber Stalk/Harass me and family members by destroying devices, manipulating data in Networks and Illegal intentional Infliction of Emotional Stress.

The federal basis for this claim is: Defendant is a Federal Contractor

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:* Cease and Desist all Cyber Campaigns aimed at me and family and/or friends.

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

I am seeking Punitive damages based on the Laws applicable to this case

---

Do you want a **jury trial**? Yes [X]   No [ ]

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on _____
                            (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____
_____

Signature(s) of Plaintiff(s)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

Tedric K. Jones
_____
Plaintiff(s)

v.   Civil Action No. 24-CV-6127-EAW

L3 Harris Corporation / City of Rochester
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   L3 Harris Corporation
1358 E Jefferson RD, Henrietta NY

City of Rochester

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| Tedric Jm<br>_Plaintiff(s)_<br>v.<br>L3 Harris Corporation / City of Rochester<br>_Defendant(s)_ | Civil Action No. 24-CV-6127-EAW |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

L3 Harris Corporation
1358 Jefferson RD, Henrietta NY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: